UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| KEVIN ZIMMERMAN, | Case No. 2:17-CV-1261 JCM (CWH) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| 99 CENTS ONLY STORES, LLC, | |
| Defendant(s). | |

Presently before the court is *Zimmerman v. 99 Cents Only Stores LLC*, case no. 2:17-cv-01261-JCM-CWH. As stated in the omnibus transfer order (ECF No. 4), the district judges of the District of Nevada have ordered that each of Kevin Zimmerman's ADA cases be transferred to Chief District Judge Gloria M. Navarro and Magistrate Judge George W. Foley, Jr. for all further proceedings.

Accordingly,

IT IS HEREBY ORDERED that:

(1) The clerk of the court shall TRANSFER this case to Chief District Judge Gloria M. Navarro and Magistrate Judge George W. Foley, Jr. for all further proceedings; and

(2) All future filings in this action shall reference the same numerical portion of the original action's case number, but with the corrected district judge and magistrate judge designations

DATED May 10, 2017.

*[signature]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**